Mary GREEN,[1] Respondent
Below, Appellant,

v.

DIVISION OF SERVICES FOR CHIL-
DREN, YOUTH AND THEIR FAMI-
LIES, Petitioner Below, Appellee,

and

Guardians Ad Litem, Appellees.

No. 338, 2016

Supreme Court of Delaware.

Submitted: December 13, 2016

Decided: February 2, 2017

Court Below—Family Court of the State
of Delaware in and for New Castle County,
File No. 16–01–04TN, Pet. No. 16–01494,
File No. 16–01–02TN, Pet. No. 16–00819,
File No. 16–01–01TN, Pet. No. 16–00454,
File No. 16–01–06TN, Pet. No. 16–01499,
File No. 16–01–05TN, Pet. No. 16–01497

AFFIRMED.

Bernard ELLERBE, Defendant
Below, Appellant,

v.

STATE of Delaware, Plaintiff
Below, Appellee.

No. 510, 2016

Supreme Court of Delaware.

Submitted: November 18, 2016

Decided: February 2, 2017

Court Below—Superior Court of the
State of Delaware, Cr. ID No. 1406020386

AFFIRMED.